UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARLON PERCY BRAMWELL** <br> **FED. REG. NO. 37553-004** | **CIVIL ACTION NO. 15-1652** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, U.S.P. – McREARY AND THE STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's pleading styled, "On Application for Fed. R. Civ. P. 60(d)(1) and Fed. R. Civ. P. 15(c)(1)(B) from the Supreme Court of Louisiana" [Doc. No. 1] be construed as a petition for *habeas corpus* filed pursuant to 28 U.S.C. §2254; that it and his Amended Petition [Doc. No. 4] be deemed successive; and, that this case be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission from the United States Fifth Circuit Court of Appeals prior to filing.

MONROE, LOUISIANA, this 28th day of August, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE