# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **MARLON PERCY BRAMWELL**<br>**FED. REG. NO. 37553-004** | **CIVIL ACTION NO. 15-1652**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, U.S.P. – McREARY AND**<br>**THE STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 28th day of August, 2015.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**